

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00722-CV

Idalia G. **BARRERA**,
Appellant

v.

Mary Sue **PATE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04273
Honorable Karen Crouch, Judge Presiding

**ORDER**

This appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on March 27, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court